# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV0166(RMC) |
| ) | |
| PAUL NOVAK, Director, Vermont Service Center, ) | |
| United States Citizenship & Immigration Services, ) | |
| et al. ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney

Robin M. Meriweather as counsel of record for Defendants.

Respectfully submitted,

_____

ROBIN M. MERIWEATHER, D.C. Bar No. 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of April, 2007, I caused the foregoing Notice of

Appearance to be filed and served via the Court's Electronic Case Filing system or, should I

receive notice from the ECF system that electronic service was unsuccessful, to be served upon

plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas A. Elliot, Esquire
Suite 1250
1629 K Street, N.W.
Washington, DC 20006

Lawrence H. Rudnick
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103


          /s/  *Robin M. Meriweather*
          ROBIN M. MERIWEATHER, D.C. Bar # 490114