UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number:  1:07CV0166(RMC) |
| ) | |
| PAUL NOVAK, Director, Vermont Service Center, ) | |
| United States Citizenship & Immigration Services, ) | |
| et al. ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendants Paul Novak et al., through undersigned counsel, hereby request that the Court grant Defendants a 17- day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due April 20, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants has conferred with Plaintiff, and Plaintiff objects to the requested extension of time.

In support of this motion for an extension of time, Defendants state as follows:

Plaintiff filed a Complaint on January 24, 2007.  Defendants' answer was due 60 days after the Complaint was served upon the United States Attorney.  Fed. R. Civ. P. 12(a)(3)(A).

The United States Attorney's Office first became aware of the Complaint upon receiving a letter from counsel for Plaintiff, dated April 4, 2007.  Plaintiff's letter included a copy of the summons, and stated that Plaintiff served the complaint on February 2, 2007.  Plaintiff alleged that Defendants' answer was due April 3, 2007.

Upon receipt of Plaintiff's letter, the United States Attorney's Office promptly attempted

to determine whether the Complaint had been served on February 2, 2007. The undersigned Assistant United States Attorney believes that the United States Attorney's Office did not receive the Complaint on February 2, 2007, or at any time prior to receiving Plaintiff's letter. The undersigned Assistant United States Attorney further believes that an individual in the mailroom of a different Department of Justice building signed the certified mail receipt, but never routed the summons or Complaint to the United States Attorney's Office. Defendants respectfully submit that service should not be deemed to have been made upon the United States Attorney if the relevant United States Attorney's Office has not received a copy of the summons or complaint.

If service were deemed complete on February 2, 2007, Defendants' answer would have been due April 3, 2007. Defendants were unable to file an Answer or otherwise respond to Plaintiff's Complaint by April 3, 2007 because at that time undersigned counsel were not aware that the Complaint had been filed.

Defendants wish to answer Plaintiff's Complaint expeditiously. However, Defendants need additional time to consult with the Department of Homeland Security concerning Plaintiff's factual allegations, and to prepare their Answer. Although Defendants ordinarily would have 60 days to investigate those facts and prepare their Answer, Defendants have requested a more modest extension in an effort to accommodate the Court's and Plaintiff's interest in the swift resolution of this case.

Defendants have not previously requested that this Court enlarge the time for filing any pleading. There are no pending deadlines or court dates that this request for enlargement would affect.

Granting Defendants an additional 17 days to answer Plaintiff's complaint — making said Answer due one week from the filing of Defendants' Motion for Extension of Time — should

cause no prejudice or undue delay.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer.

Dated: April 13, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2007, I caused the foregoing Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas A. Elliot, Esquire
Suite 1250
1629 K Street, N.W.
Washington, DC 20006

Lawrence H. Rudnick
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

      /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:07CV0166(RMC) |
| ) | |
| PAUL NOVAK, Director, Vermont Service Center, ) | |
| United States Citizenship & Immigration Services, ) | |
| et al. ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Extension of Time to File Answer, it is this

_____ day of _____, 2007,

ORDERED that Defendants' Motion for Extension of Time to File Answer be and is hereby GRANTED.

It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by April 20, 2007.

SO ORDERED.

_____
United States District Judge