AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMIR KHAN
116 Courtney Landings Dr., Apt. 9207
Charlotte, NC 28217
        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,
  and
EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services,
  and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
        Defendants

CASE NUMBER   1:07CV00166

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 01/24/2007

TO: (Name and address of Defendant)

Paul Novak, Director
Vermont Service Center
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden Street
St. Albans, VT 05479-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      JAN 2 4 2007
CLERK                                                         DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 01/31/2007 |
| NAME OF SERVER (PRINT) Lawrence H. Rudnick | TITLE Partner |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

X ☐ G  Other (specify): _Certified Mail, Return Receipt Requested_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/20/2007
            Date

*Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br><br>C. Signature<br>X     ☐ Agent   ☐ Addressee |
| 1. Article Addressed to:<br><br>Paul Novak, Director<br>Vermont Service Center<br>U.S. Citizenship & Immigration Services<br>75 Lower Welden Street<br>St. Albans, VT 05479-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED CENTER DIRECTOR 07 JAN 31 AM 8 06<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 7001 0360 0000 8335 2994 | LHR 16762-04? |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00 |