AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMIR KHAN
116 Courtney Landings Dr., Apt. 9207
Charlotte, NC 28217
        Plaintiff,

V.

PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,
  and
EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services,
  and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00166

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 01/24/2007

TO: (Name and address of Defendant)

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      JAN 24 2007
CLERK      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE February 2, 2007 |
| NAME OF SERVER (PRINT) Lawrence H. Rudnick | TITLE Partner |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

X G  Other (specify):  Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/2007
                *Date*             *Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street
Philadelphia, PA  19103
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 0360 0000 8335 2970**
Status: **Delivered**

Your item was delivered at 4:16 AM on February 2, 2007 in WASHINGTON, DC 20535.

( Additional Details > )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( Go > )

 POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy
