AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Samir Khan

**SUMMONS IN A CIVIL CASE**

V.

Paul Novak, Director, Vermont Service Center, United States Citizenship & Immigration Services; Emilio Gonzalez, Director USCIS; Robert S. Mueller, III, Director Federal Bureau of Investigation

CASE NUMBER 1:07CV00166

JUDGE: Rosemary M. Collyer

DECK TYPE: Administrative Agency Rev

DATE STAMP: 01/24/2007

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot
Elliot & Mayock LLP
1629 K Street, N.W.
Suite 1250
Washington, DC 20006-1641

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 2 4 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | DATE February 2, 2007 |
| NAME OF SERVER (PRINT) Thomas A. Elliot | | TITLE Partner |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

X G  Other (specify): __Certified Mail, Return Receipt Requested__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/23/2007
              *Date*

*Signature of Server*

Elliot & Mayock LLP
1629 K Street, NW, Suite 1250
Washington, DC  20006-1641

*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530

2. 7001 0360 0000 8335 2963

PS Form 3811, July 1999      Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    FEB 0 2 2007
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

LHR/16762-0405

102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

SOUTHERN MD 207
02 FEB 2007 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

STEEL, RUDNICK & RUBEN, P.C.
1608 WALNUT STREET
SUITE 1500
PHILADELPHIA, PA 19103

w/CC

410 CO45