UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR KHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL NOVAK, Director, Vermont Service Center, ) <br> United States Citizenship & Immigration Services, ) <br> et al. ) <br> Defendants. ) <br> ) <br> ) <br> ) | Case Number: 1:07CV0166(RMC) |

## NOTICE OF WITHDRAWAL OF MOTION

Defendants hereby withdraw their Motion for Extension of Time to File Answer, filed in the above-captioned action on April 13, 2007 (Docket Entry 3).

Dated: April 22, 2007            Respectfully submitted,

                    /s/
                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                    United States Attorney


                    /s/
                    RUDOLPH CONTRERAS, D.C. BAR #434122
                    Assistant United States Attorney


                    /s/ Robin M. Meriweather
                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                    Assistant United States Attorney
                    555 Fourth St., N.W.
                    Washington, D.C.  20530
                    Phone: (202) 514-7198
                    Fax: (202) 514-8780
                    Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April, 2007, I caused the foregoing Notice of Withdrawal of Motion to be filed and served via the Court's Electronic Case Filing system or, should I receive notice from the ECF system that electronic service was unsuccessful, to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas A. Elliot, Esquire
Suite 1250
1629 K Street, N.W.
Washington, DC 20006

Lawrence H. Rudnick
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

          /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114