## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

SAMIR KHAN,                                  )
                                             )
                    Plaintiff,               )
                                             )
        v.                                   )    Case Number:  1:07CV0166(RMC)
                                             )
PAUL NOVAK, Director, Vermont Service Center, )
United States Citizenship & Immigration Services, )
<u>et al.</u>                                )
                    Defendants.              )
                                             )
                                             )
_____     )

### <u>CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(2), Defendants Paul Novak <u>et al.</u>, through undersigned counsel, hereby request that the Court grant Defendants a 50-day enlargement of time to answer Plaintiff's Complaint, making Defendants' Answer due May 23, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants has conferred with Plaintiff, and Plaintiff consents to the requested extension of time.

In support of this consent motion for an extension of time, Defendants state as follows:

Plaintiff filed a Complaint on January 24, 2007.  Plaintiff's Complaint seeks an order of mandamus compelling Defendants to adjudicate a petition for extension of H1-B status and a petition for adjustment of status filed pursuant to § 245 of the Immigration and Nationality Act. Defendants' answer was due 60 days after the Complaint was served upon the United States Attorney.  Fed. R. Civ. P. 12(a)(3)(A).

The United States Attorney's Office first became aware of the Complaint upon receiving a letter from counsel for Plaintiff, dated April 4, 2007.  Plaintiff's letter included a copy of the

summons, and stated that Plaintiff served the complaint on February 2, 2007. Plaintiff alleged that Defendants' answer was due April 3, 2007.

Upon receipt of Plaintiff's letter, the United States Attorney's Office promptly attempted to determine whether the Complaint had been served on February 2, 2007. The undersigned Assistant United States Attorney believes that the United States Attorney's Office did not receive the Complaint on February 2, 2007, or at any time prior to receiving Plaintiff's letter. The undersigned Assistant United States Attorney further believes that an individual in the mailroom of a different Department of Justice building signed the certified mail receipt, but never routed the summons or Complaint to the United States Attorney's Office or the docketing department of the United States Attorney's Office. Defendants respectfully submit that service should not be deemed to have been made upon the United States Attorney, if the relevant United States Attorney's Office has not received a copy of the summons or complaint.

If service were deemed complete on February 2, 2007, Defendants' answer would have been due April 3, 2007. Defendants were unable to file an answer or otherwise respond to Plaintiff's Complaint by April 3, 2007, because at that time undersigned counsel were not aware that the Complaint had been filed. Thus if Defendants' answer were in fact due April 3, 2007, Defendants' failure to timely file an answer or otherwise respond to the complaint was attributable to excusable neglect. *See Ham v. Smith*, 653 F.2d 628, 631 n.7 (D.C. Cir. 1981) (noting that if party did not receive pleading on time late response was excusable neglect); *see generally* Fed. R. Civ. P. 6(b)(2).

United States Citizenship and Immigration Services recently granted a portion of the relief sought in Plaintiff's Complaint. Specifically, the H1-B application was adjudicated and approved. In light of the approval of the H1-B application, Defendants believe that it may be

possible to resolve this suit administratively.

Defendants have discussed the potential administrative resolution of this case with counsel for Plaintiffs. Counsel for both sides agree that these recent factual developments make it appropriate to defer the submission of further pleadings in this case for an additional 30 days. Accordingly, Defendants respectfully request that the deadline for Defendants to file an answer or otherwise respond to Plaintiff's complaint be extended to May 23, 2007.

There are no pending deadlines or hearings that this request for enlargement would affect.

Extending the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint to May 23, 2007 should cause no prejudice or undue delay.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint.

Dated: April 22, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/ Robin M. Meriweather_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2007, I caused the foregoing Consent

Motion for Extension of Time to be filed and served via the Court's Electronic Case Filing system

or, should I receive notice from the ECF system that electronic service was unsuccessful, to be

served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Thomas A. Elliot, Esquire
Suite 1250
1629 K Street, N.W.
Washington, DC 20006

Lawrence H. Rudnick
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103


        /s/  *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

SAMIR KHAN,                                  )

                                        )

                    Plaintiff,             )

                                          )

         v.                                     )    Case Number:  1:07CV0166(RMC)

                                          )

PAUL NOVAK, Director, Vermont Service Center, )

United States Citizenship & Immigration Services, )

<u>et al.</u>                                         )

                    Defendants.         )

                                          )

                                          )

_____)

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

        ORDERED that Defendants' Consent Motion for Extension of Time to File Answer Or Otherwise Respond to Plaintiff's Complaint be and is hereby GRANTED.

        It is further ORDERED that Defendants must submit an Answer or otherwise respond to Plaintiff's Complaint by May 23, 2007.

        SO ORDERED.

_____

United States District Judge