UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR KHAN )<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>PAUL NOVAK, Director, Vermont )<br>Service Center, United States )<br>Citizenship & Immigration Services, )<br>et al. )<br>       Defendants. ) | CASE NO.<br>1:07-CV-00166(RMC) |

## STIPULATION FOR VOLUNTARY DISMISSAL

Samir Khan hereby agrees to dismiss without prejudice the Complaint filed in the above referenced matter. It is hereby agreed that this matter be voluntarily dismissed at this time with each side to bear its own fees and costs.

| | |
|---|---|
| */s/ Thomas A. Elliot*<br>THOMAS A. ELLIOT<br>DC Bar #259713<br>Elliot & Mayock, LLP<br>1629 K Street, N.W.<br>Suite 1250<br>Washington, DC 20006-1641<br>(202) 429-1725 | */s/ Jeffrey A. Taylor*<br>JEFFREY A. TAYLOR, DC Bar #498610<br>United States Attorney<br><br>*/s/ Rudolph Contreras*<br>RUDOLPH CONTRERAS, DC Bar #434122<br>Assistant United States Attorney |
| */s/ Lawrence H. Rudnick*<br>LAWRENCE H. RUDNICK<br>Attorney I.D. No. 21642<br>Steel, Rudnick & Ruben<br>1608 Walnut Street, Suite 1500<br>Philadelphia, PA 19103<br>(215) 546-4333 | */s/ Robin M. Meriweather*<br>ROBIN M. MERIWEATHER, DC Bar#490114<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, DC 20530<br>Phone: (202) 514-7198<br>Fax: (202) 514-8780<br>Robin.Meriweather2@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated: May 10, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMIR KHAN                           )<br>          Plaintiff,                        )<br>                                                )<br>v.                                             )<br>                                                )<br>PAUL NOVAK, Director, Vermont  )<br>Service Center, United States        )<br>Citizenship & Immigration Services, )<br>et al.                                         )<br>          Defendants.                    ) | CASE NO.<br>1:07-CV-00166(RMC) |

## ORDER OF DISMISSAL

On this day came to be considered the Stipulation for Voluntary Dismissal filed by Plaintiff in the above-styled and numbered case. This Court accepts the Stipulation and finds that the case should be dismissed without prejudice. The Court further finds that the parties shall be responsible for their own costs and attorneys' fees incurred herein.

It is therefore ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE. It is further ORDERED that each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

SIGNED AND ENTERED this _____ day of _____, 2007.


_____
HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE